■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEABERT JOHNS, Appellant. [608 NYS2d 100] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered October 30, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDON JOHNSON, Appellant. [608 NYS2d 98] —Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered July 13, 1992.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.